UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62269-DPG

JOE HOUSTON,

    Plaintiff,

v.

LC WELLEBY SQUARE, LLC D/B/A
WELLEBY SQUARE and OAKLAND
PARK BREAD COMPANY, LLC D/B/A
DON PAN OAKLAND PARK,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOE HOUSTON, and Defendants, LC WELLEBY SQUARE, LLC D/B/A WELLEBY SQUARE and OAKLAND PARK BREAD COMPANY, LLC D/B/A DON PAN OAKLAND PARK, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this March 3, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez*<br>ANTHONY J. PEREZ<br>Florida Bar No. 535451<br>GARCIA-MENOCAL & PEREZ, P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Fl 33134<br>Telephone: (305) 553- 3464<br>Email:  ajperez@lawgmp.com<br>*Counsel for Plaintiff* | /s/ *Santiago J Teran*<br>SANTIAGO J TERAN<br>Florida Bar No. 1018985<br>SANTIAGO J TERAN<br>2125 Biscayne Blvd Ste 206<br>Miami, FL 33137<br>Telephone: (347) 946-7990<br>Email:   santiago@sjteran.com<br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 3, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com

By:  /s/ *Anthony J. Perez*
        ANTHONY J. PEREZ