**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-62269-DPG

JOE HOUSTON,

     Plaintiff,

v.

LC WELLEBY SQUARE, LLC D/B/A
WELLEBY SQUARE and OAKLAND
PARK BREAD COMPANY, LLC D/B/A
DON PAN OAKLAND PARK,

     Defendants.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JOE HOUSTON, ("Plaintiff"), and Defendants, LC WELLEBY SQUARE, LLC

D/B/A WELLEBY SQUARE and OAKLAND PARK BREAD COMPANY, LLC D/B/A DON

PAN OAKLAND PARK ("Defendants"), by and through undersigned counsel, and pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this

matter has been settled and to the immediate dismissal of this action with prejudice, with each

party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 23, 2023.

/s/ Anthony J. Perez               /s/ Santiago J Teran
ANTHONY J. PEREZ               SANTIAGO J TERAN
Florida Bar No. 535451           Florida Bar No. 1018985
GARCIA-MENOCAL & PEREZ, P.L.    SANTIAGO J TERAN
350 Sevilla Avenue, Suite 200       2125 Biscayne Blvd Ste 206
Coral Gables, Fl 33134           Miami, FL 33137
Telephone: (305) 553- 3464       Telephone: (347) 946-7990
Email: ajperez@lawgmp.com       Email: santiago@sjteran.com
*Counsel for Plaintiffs*              *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 23, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  bvirues@lawgmp.com;
dramos@lawgmp.com


By:  ___/s/ Anthony J. Perez_____
ANTHONY J. PEREZ
Florida Bar No.: 535451